**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 465 WAL 2017

            Respondent            :

                              :   Petition for Allowance of Appeal from
                              :   the Order of the Superior Court

             v.                    :

                              :

DOUGLAS EUGENE STEPHENSON,   :

                              :

            Petitioner             :


## <u>ORDER</u>


**PER CURIAM**

     **AND NOW**, this 4th day of June, 2018, the Petition for Allowance of Appeal is **DENIED**.